**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Brookfield Equinox LLC, | No. CV-15-01082-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Mitchell Goodman, et al., | |
| Defendants. | |

The Court having received the parties' Stipulated Motion to Dismiss Case with Prejudice (Doc. 114),

**IT IS HEREBY ORDERED** granting the Stipulated Motion (Doc. 114) and dismissing this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to vacate any pending motions and terminate this action.

**Dated** this 19th day of September, 2016.

Honorable Diane J. Humetewa
United States District Judge